IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL, JR.,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>J. RUSH, et al.,<br><br>　　　Defendants. | No. C 11-02798 EJD (PR)<br><br>ORDER DIRECTING DEFENDANT RUSH TO PROVIDE INFORMATION REGARDING OTHER DEFENDANT |

　　　Plaintiff, a California inmate, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against Pelican Bay State Prison ("PBSP") prison officials for unconstitutional acts.

　　　On November 15, 2011, the summons for Defendant D. Spencer was returned unexecuted with the following remark: "Facility has no information on the subject. The facility will not accept service." (Docket No. 16.)  The summons was sent to PBSP, where Plaintiff indicated this Defendant was located. (Id.) On March 9, 2012, the Court directed Plaintiff to provide sufficient information to allow the Marshal to locate and serve Defendant Spencer to avoid dismissal of the claims against him pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (See Docket No. 34.)

　　　On March 19, 2012, Plaintiff filed a response to the Court's Order, stating that

1 Defendant J. Rush was the one who identified Defendant Spencer by name, as the A-
2 Facility sergeant who came to speak to Plaintiff about his alleged altercation with
3 Plaintiff's cellmate on September 14, 2010, which is the basis of this action.  (Docket No.
4 35.)  The summons for Defendant Rush was recently returned executed on March 27,
5 2012.  (See Docket No. 36.)

6     Defendant Rush is hereby directed to file a response with respect to Plaintiff's
7 allegation that Defendant Rush provided "the name of the A-facility sergeant that came to
8 5-Building to talk to [Plaintiff] and [his cellmate]" as Sergeant Spencer.  (Docket No. 35
9 at 2.)  Furthermore, Defendant is also directed to provide information with respect to the
10 proper identify of the Defendant whom Plaintiff is attempting to name in his complaint.

11     Plaintiff is advised that the ultimate responsibility for identifying and locating
12 defendants in this action lies with him.  See Rochon v. Dawson, 828 F.2d 1107, 1110 (5th
13 Cir. 1987).  In the event that Defendant Rush is unable to provide information with
14 respect to the identity of the other Defendant, the claims against Defendant "Spencer"
15 may be subject to dismissal without prejudice absent a showing of "good cause."  See
16 Fed. R. Civ. P. 4(m).  Accordingly, Plaintiff is advised to continue to make a good faith
17 effort to obtain the identify of the Defendant on his own during this time.

18     Defendant J. Rush must file a response in accordance with the above **within thirty**
19 **(30) days of the date this order is filed.**

20
21 DATED:   3/29/2012
                                    EDWARD J. DAVILA
22                                  United States District Judge
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL, JR., | Case Number: CV11-02798 EJD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| J. RUSH, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____3/29/2012_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vernon Wayne McNeal V-41094
CCI - Tehachapi State Prison
P. O. Box 1906
Tehachapi, CA 93581

Dated: _____3/29/2012_____

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk