**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL, JR., | No. C 11-02798 EJD (PR) |
| Plaintiff, | ORDER PROVIDING PLAINTIFF NOTICE; SCHEDULING SUPPLEMENTAL BRIEFING |
| vs. | |
| J. RUSH, et al., | |
| Defendant. | |

The Ninth Circuit recently held that "Rand and Wyatt notices must be served concurrently with motions to dismiss and motions for summary judgment so that pro se prisoners will have fair, timely and adequate notice of what is required of them in order to oppose those motions." Woods v. Carey, Nos. 09-15548 & 09-16113, slip op. 7871, 7874 (9th Cir. July 6, 2012). Because it appears that a Wyatt notice was not served concurrently with the pending motion to dismiss for failure to exhaust in this case, the Court will provide said notice now:

> You have the right to present any evidence you may have which tends to show that you did exhaust your administrative remedies. Such evidence may be in the form of declarations (statements signed under penalty of perjury) or authenticated documents, that is, documents accompanied by a declaration

showing where they came from and why they are authentic, or other sworn papers, such as answers to interrogatories or depositions. If defendants' motion to dismiss is granted, your case will be dismissed and there will be no trial.

<u>Wyatt v. Terhune</u>, 315 F.3d 1108, 1120 n. 4 (9th Cir. 2003).

Because Plaintiff already has filed an opposition to the pending motion to dismiss in this case, he may file a supplemental opposition **within 15 days** of this order. Defendants shall file a supplemental reply to any supplemental opposition **within 7 days** thereafter.

DATED: __7/10/2012__       _____
EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL, JR.,

        Plaintiff,

  v.

J. RUSH, et al.,

        Defendants.

Case Number: CV11-02798 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/13/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vernon Wayne McNeal V-41094
CCI - Tehachapi State Prison
P. O. Box 1906
Tehachapi, CA 93581

Dated: 7/13/2012

Richard W. Wieking, Clerk
/s/By: Elizabeth Garcia, Deputy Clerk