IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL, JR., ) | No. C 11-02798 EJD (PR) |
| Plaintiff, ) | JUDGMENT |
| vs. ) | |
| J. RUSH, et al., ) | |
| Defendants. ) | |

    For the reasons stated in the order granting Defendants' motion to dismiss for failure to exhaust available administrative remedies, this case is DISMISSED without prejudice. Judgment is entered accordingly.

    The Clerk shall close the file.

DATED: 9/11/2012

EDWARD J. DAVILA
United States District Judge

Judgment
G:\PRO-SE\SJ.EJD\CR.11\02798McNeal_judgment.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL, JR., | Case Number: CV11-02798 EJD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| J. RUSH, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  9/12/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vernon Wayne McNeal V-41094
CCI - Tehachapi State Prison
P. O. Box 1906
Tehachapi, CA 93581

Dated:  9/12/2012

Richard W. Wieking, Clerk
/s/By: Elizabeth Garcia, Deputy Clerk